# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. EARL SELLERS

Docket No. 3:01CR00277(PCD)

### PETITION ON PROBATION AND SUPERVISED RELEASE

2007 SEP 12 P 2:10

**COMES NOW** Joseph Zampano, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Earl Sellers who was sentenced to 52 months' for a violation of 18 U.S.C. § 922(g)(1) by the Honorable Peter C. Dorsey sitting in the court at New Haven on February 15, 2002 who fixed the period of supervision at 3 years which commenced on April 13, 2007 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: The defendant shall: 1) obtain a psychiatric and/or psychological evaluation and/or inpatient/outpatient counseling as deemed necessary by the U.S. Probation Office; 2) obtain substance abuse treatment and/or inpatient/outpatient counseling as deemed necessary by the U.S. Probation Office and shall pay some or all of the costs of substance abuse and/or mental health treatment if determined appropriate by the U.S. Probation Office on a pro rata basis; 3) submit to random urine testing and monitoring as deemed necessary by the U.S. Probation Office; 4) receive educational and/or vocational training as deemed necessary by the U.S. Probation Office; 5) maintain full employment; 6) have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons/firearms of any kind; 7) have no involvement with nor be in the presence of any actual usage of, dealing in or distribution of drugs of any nature and; 8) support his minor child.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

**Charge #1: Standard Condition: "The defendant shall not commit another federal, state or local offense."**

On September 7, 2007, the Probation Office was notified that the defendant was arrested in New York City on September 5, 2007 and charged with Criminal Possession of a Controlled Substance 7th Degree.

**Charge #2: Standard Condition: "The defendant shall not leave the judicial district without permission of the Court or the Probation Office."**

The defendant was arrested in New York City on September 5, 2007. Mr. Sellers did not have permission to travel to New York.

**Charge #3: Standard Condition: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."**

On August 6, 2007, the defendant admitted to using 3 bags of heroin between August 4, 2007 and August 5, 2007. The defendant's urine sample collected August 6, 2007 returned positive for opiates.

**Charge #4: Standard Condition: "The defendant shall notify the Probation Office within 72 hours of being arrested or questioned by a law enforcement officer."**

The defendant has not notified the Probation Office of his September 5, 2007 arrest in New York City.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 12th day of September 2007 and ordered filed and made a part of the records in the above case.

The Honorable Peter C. Dorsey
Senior United States District Judge

Sworn to By

Joseph Zampano
United States Probation Officer

Place New Haven, Connecticut

Date September 12, 2007

Before me, the Honorable Peter C. Dorsey United States District Judge, on this 12th day of September 2007 at New Haven, U.S. Probation Officer Joseph Zampano appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Peter C. Dorsey
Senior United States District Judge