UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

    v.                                                  :  CRIMINAL NO. 3:01CR00277(PCD)

EARL SELLERS                                  : September 19, 2007

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Christopher W. Schmeisser, Assistant United States Attorney, and respectfully informs this Honorable Court:

l.  On Wednesday, September 26, 2007 at 1:00 p.m., there will come before this Court, at 141 Church Street, New Haven, Connecticut, the criminal case of *United States of America v. Earl Sellers*, Criminal No. 3:01CR00277(PCD).

2.  That the above-named defendant, **EARL SELLERS**, is charged with a violation of supervised release.

3.  That the said **EARL SELLERS** is now confined at the Robinson Correctional Institution, 285 Shaker Road, Enfield, CT 06082.

4.  That the said **EARL SELLERS** should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Robinson Correctional Institution, 285 Shaker Road, Enfield, CT 06082, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said **EARL SELLERS** at the United States

Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the case

may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/

CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510
TEL. (203) 821-3700
FEDERAL BAR NO. CT14806
christopher.schmeisser@usdoj.gov

STATE OF CONNECTICUT                    :
                                        :  ss. New Haven, September 19, 2007
COUNTY OF NEW HAVEN                     :


     Personally appeared before me Christopher W. Schmeisser, Assistant United States Attorney

for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing

application, that he is familiar with the contents of same, that same is true of his own knowledge

except as to such matters therein alleged to be on information and belief, and as to such matters, he

believes it to be true.


                     ____/s/_____
                     AMY B. KONARSKI
                     NOTARY PUBLIC
                     My Commission Expires: 5/31/2008