CRIMINAL NO. 3:01CR00277(PCD)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, ROBINSON CORRECTIONAL INSTITUTION, 285 SHAKER ROAD, ENFIELD, CT 06082, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **EARL SELLERS**, (Inmate Number 210300, DOB: 07/03/1972), now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **EARL SELLERS** before the Honorable Peter C. Dorsey, United States District Judge, United States District Court, District of Connecticut, at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on Wednesday, September 26, 2007 at 1:00 P.M., or from such time to time thereafter as the case may be adjourned to, at which time the United States of America together with the U.S. Probation Office will prosecute the said **EARL SELLERS**, for a violation of supervised release, and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said **EARL SELLERS** to the Warden, Robinson Correctional Institution, 285 Shaker Road, Enfield, CT 06082 under safe and secure conduct.

|  |  |
|---|---|
| | KEVIN F. ROWE |
| The foregoing Writ is | CLERK, U. S. DISTRICT COURT |
| hereby allowed. Dated | |
| at New Haven, | /s/ |
| Connecticut, this _____ | _____ |
| day of September 2007. | By:     DEPUTY CLERK |

/s/

_____
PETER C. DORSEY
UNITED STATES DISTRICT JUDGE